P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS
STATE OF TEXAS

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

RTS

RE: WR-59,692-15

MILTON LOUIS HURD
SOUTHEAST TEXAS TRANSITIONAL CENTER - TDC #534285
10950 BEAUMONT HWY 90
HOUSTON, TX 77078

**PRESORTED**
**FIRST CLASS**

NOV 24 2014

UNITED STATES POSTAGE
$00.406
NOV 25 2014
PITNEY BOWES
02 1M
000 4279596
MAILED FROM ZIP CODE 78701

A N K